Argued and submitted July 17, affirmed as modified September 2, 1987

In the Matter of the Marriage of

REILLY,
*Appellant,*
*and*

REILLY,
*Respondent.*

(86-132-NJ-1; CA A42672)

741 P2d 933

Daniel L. Harris, Ashland, argued the cause for appellant. With him on the brief was Davis, Ainsworth, Pinnock, Davis & Gilstrap, P.C., Ashland.

William G. Carter, Medford, argued the cause for respondent. With him on the brief was Grant, Ferguson, Carter, P.C., Medford.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Paragraph 2(A) of the decree dissolving the parties' marriage is modified to provide that wife is entitled to six consecutive weeks' visitation each summer until the child is six years of age, at which time visitation shall be eight consecutive weeks. Paragraph 2(F)(1) is modified to provide that the parties will each bear one-half of the cost of transportation for the summer, Christmas and spring visitation periods, over and above any remuneration or travel benefits husband receives through his government employment.

Affirmed as modified. Costs to wife.